■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE WILLIAMS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered April 21, 1981, convicting him of robbery in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mollen, P. J., Titone, O'Connor and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY WILLIAMS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kay, J.), rendered July 1, 1981, convicting him of attempted robbery in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised upon this appeal. Counsel's motion to be relieved as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Mangano and Thompson, JJ., concur.

■ THE STATE OF NEW YORK ex rel. NICHOLAS MARANDO, on Behalf of JOHN J. MARANDO, Appellant, v MARY A. GIBBONS, Respondent. — Judgment of the Supreme Court, Kings County (De Matteo, J.), entered November 1, 1982, affirmed, without costs or disbursements. (See *Marando v Marando,* 99 AD2d 464.) Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur. [Decision vacated Jan. 17, 1984, 100 AD2d 988; see superseding decision, 99 AD2d 762.]